SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CSBN 230237)
Special Assistant United States Attorney

JESSICA ERLANDSON
Law Clerk

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6488
FAX: (415) 436-7234
derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHAN Y. HUYNH, ) <br> ) <br> Defendant. ) <br> ) | No. CR-06-0767 JCS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION |

The parties hereby request that the Court exclude time under the Speedy Trial Act in the above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from March 14, 2007, to September 14, 2007, for deferral of prosecution. The parties agree that pretrial diversion is an appropriate disposition in this matter.

The United States has referred Ms. Huynh to Pretrial Services for an intake evaluation. If Mr. Huynh meets the qualifications set forth by Pretrial Services, she will be placed on pretrial diversion for no more than six months. Accordingly, the parties agree that the prosecution will

STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 06-0767 JCS

| | |
|---|---|
| 1 | be deferred for a sixth month period of time for Ms. Huynh to demonstrate good conduct under |
| 2 | the conditions of a pretrial diversion program. |
| 3 | SO STIPULATED. |

SCOTT N. SCHOOLS
United States Attorney

DATED:   03/14/07          /s/ Derek R. Owens
                           DEREK R. OWENS
                           Special Assistant United States Attorney

DATED:   03/21/07          /s/ Ron Tyler
                           RON TYLER
                           Attorney for Ms. Huynh

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from March 14, 2007, to September 14, 2007, for deferral of prosecution by the United States for the purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion program.

DATED:  03/27/07

JOSE[signature: Judge Joseph C. Spero]
United States ___ Judge

STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 06-0767 JCS