SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 06-0767 JCS |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME |
| v. | |
| PHAN HUYNH, | |
| Defendant. | |

On September 14, 2007, the parties in this case appeared before the Court for a status appearance. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from September 14, 2007, to March 17, 2008, for deferral of prosecution. Ms. Huynh has been placed on pretrial diversion. Accordingly, the parties agree that the prosecution will be deferred from September 14, 2007, to March 17, 2008, for Ms. Huynh to complete the pretrial diversion program.

//

Stipulation and Order                                             1

1  IT IS SO STIPULATED:

2                                              SCOTT N. SCHOOLS
                                               United States Attorney
3

4  DATED: 9/21/07                              _____/s/_____
                                               WENDY THOMAS
5                                              Special Assistant United States Attorney

6

7  DATED: 10/10/07                             _____/s/_____
                                               RON TYLER
                                               Attorney for Ms. Huynh
8

9

10     Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED

11 that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from

12 September 14, 2007, to March 17, 2008, for deferral of prosecution by the United States for the

13 purpose of allowing the defendant to complete a pretrial diversion program.

14

15 DATED: 10/17/07

16                                             _____
                                               JOSEPH C. SPERO
17                                             United States Magistrate Judge

Stipulation and Order                 2