FILED

2007 NOV 16  PM 4: 47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6809
7  Fax: (415) 436-7234
   Email: wendy.thomas@usdoj.gov
8

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-0767 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION** |
| PHAN Y. HUYNH, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above

//
//
//
//
//
//
//
//

DISMISSAL OF INFORMATION
CR 06-0767 MAG

1  Information with prejudice. The defendant has successfully completed her pretrial diversion
2  program.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

8  DATED: __11/15/07__                            _____/s/_____
                                                  WENDY THOMAS
                                                  Special Assistant United States Attorney

11  The Court hereby grants leave to dismiss the above Information with prejudice.

13  DATED: __November 16, 2007__

JOSEPH C. SPERO
United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 06-0767 MAG